COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-236-CV

IN RE GUY LAVIGNE RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for injunction and is of the opinion that relief should be denied.  Accordingly, relator's petition for injunction is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: CAYCE, C.J.; DAUPHINOT and GARDNER, JJ. 

DELIVERED:  June 29, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.